# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| United States of America, | |
|---|---|
| Plaintiff, | Case No. CR15-5288-RBL |
| v. | MINUTE ORDER |
| Dale W. Klatush, III, | |
| Defendant. | |

NOW, on this 6th day of December, 2019, the Court directs the Clerk to enter the following Minute Order:

As ordered in open court, the Defendant shall be detained pending a bed date at the Seattle Residential Reentry Center, or, in the alternative, pending the approval of US Probation of the residence located at 203 West Oak Street, Oakville WA 98568.

Once released, all current conditions of supervision shall remain in effect.

The following Minute Order entered by *[signature: Traci L. Whitely]* Deputy Clerk, BY THE DIRECTION OF THE HONORABLE THERESA L. FRICKE, UNITED STATES MAGISTRATE JUDGE.

MINUTE ORDER - 1